*E-Filed 10/7/10*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEWIS C. MONIGAN, | No. C 10-4161 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

This is a federal habeas corpus petition filed by a pro se state prisoner pursuant to 28 U.S.C. § 2254. Petitioner challenges the constitutional validity of a conviction he received at the Santa Barbara County Superior Court in 2009. A substantial part of the events or omissions giving rise to the claims occurred in the County of Santa Barbara, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Central District. *See id*. § 1391(b).

Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: October 7, 2010

RICHARD SEEBORG
United States District Judge