O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS C. MONIGAN,<br><br>　　　　　Petitioner,<br>　　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-7663-JVS (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///
///
///

1    IT IS ORDERED that Judgment be entered: : (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3) directing that Judgment be entered denying the First Amended Petition and dismissing this action without prejudice for failure to exhaust state judicial remedies.

DATED: November 8, 2011

*/s/ James V. Selna*
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge