O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEWIS C. MONIGAN, | ) | Case No. CV 10-7663-JVS (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| A. HEDGPETH, Warden, | ) | JUDGE |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1        IT IS ORDERED that Judgment be entered: : (1) approving and adopting this

2    Report and Recommendation; (2) granting Respondent's Motion to Dismiss the

3    Petition; and (3) directing that Judgment be entered denying the First Amended

4    Petition and dismissing this action without prejudice for failure to exhaust state

5    judicial remedies.

6

7    DATED:  November 8, 2011

    HONORABLE JAMES V. SELNA

8        United States District Judge

9

10

    Prepared by:

11

12

13

    HONORABLE OSWALD PARADA

14   United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28