JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEWIS C. MONIGAN, | ) | Case No. CV 10-7663-JVS (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| A. HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

DATED: November 8, 2011

_____
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge